REGINALD P. MINN 1810
Attorney at Law
Davies Pacific Center
841 Bishop Street, Suite 2116
Honolulu, Hawaii 96813
Telephone: (808) 526-9343
Facsimile: (808) 599-1645
E-mail:  rpminn@gmail.com

Attorney for Defendant
MICHAEL B. DE KNEEF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 01-00099-08 HG |
| | ) |
| Plaintiff, | ) DEFENDANT MICHAEL B. DE |
| | ) KNEEF'S MOTION FOR |
| vs. | ) DISCHARGE FROM SUPERVISED |
| | ) RELEASE; DECLARATION OF |
| MICHAEL B. DE KNEEF, | ) COUNSEL; CERTIFICATE OF |
| | ) SERVICE |
| Defendant. | ) |

DEFENDANT MICHAEL B. DE KNEEF'S
MOTION FOR DISCHARGE FROM SUPERVISED RELEASE

COMES NOW Defendant MICHAEL B. DE KNEEF, by and through his attorney, Reginald P. Minn, and moves this Court for an order providing for the early discharge of Defendant De Kneef from his term of supervised release.

This motion is based upon the records and files of this case, and the attached Declaration of Counsel, and such evidence as is presented at the hearing on this motion.

DATED:   Honolulu, Hawaii, May 25, 2007.

                                                /s/ Reginald P. Minn
                                                REGINALD P. MINN
                                                Attorney for Defendant
                                                MICHAEL B. DE KNEEF