IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 01-00099-08 HG |
| | ) |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL B. DE KNEEF, | ) |
| | ) |
| Defendant. | ) |
| | ) |

DECLARATION OF COUNSEL

I, Reginald P. Minn, declare as follows:

1. I am the attorney for Defendant Michael B. De Kneef in the above-captioned case.

2. Defendant De Kneef has been serving a five-year term of supervised release since in or around December 2003, and he is presently supervised by United States Probation Officer Marilee Lau.

3. I have discussed the filing of this motion with Defendant De Kneef, and I state on information and belief that:

   a. Defendant currently resides in Honolulu, Hawaii, and he is self-employed as a contractor with his company, Viveco Inc. – which is involved in labor service and maintenance;

   b. Defendant has eight full-time employees at his contracting business which is primarily engaged in the clean-up and maintenance of construction job sites;

   c. Defendant has two sons, one of whom is 19 years of age and is a student at Chapman University in Orange County, California;

   d. Defendant's younger son, who is 17 years of age, will also be attending college in California beginning August 2007;

   e. During the past two years, Defendant has been permitted to travel to California to visit with his older son in Orange County, and he has also been permitted to travel with his younger son on the latter's baseball team trips to the mainland;

   f. Defendant's work also requires him to travel frequently to the outer islands, and he estimates he has traveled off-island for work purposes in excess of 100 times while on supervised release; and

   g. Defendant's travel off-island has been without incident, and he has performed satisfactorily while on supervised release.

 4. By this motion, Defendant seeks the early termination of his five-year term of supervised release in order to facilitate his travel off-island for work purposes

3

and to maintain contact with his sons who will both be residing in California as of August 2007.

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

    DATED:  Honolulu, Hawaii, May 25, 2007.

    /s/ Reginald P. Minn
REGINALD P. MINN
Attorney for Defendant
MICHAEL B. DE KNEEF

3