CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by Hand-Delivery:

| | |
|---|---|
| United States Attorney's Office<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | May 25, 2007 |
| Marilee Lau<br>United States Probation Office<br>Room 2-215, PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | May 25, 2007 |

DATED:  Honolulu, Hawaii, May 25, 2007.

/s/ Reginald P. Minn