Prob 35
(1/92)

ORIGINAL

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 31 2007

at 12 o'clock and 30 min P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                              Criminal No. CR 01-00099HG-08

MICHAEL B. DE KNEEF

On 12/19/2003, the above named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served 41 months of supervision.

Respectfully submitted,

_____
MERILEE N. LAU
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 30th day of May, 2007.

_____
HELEN GILLMOR
Chief U.S. District Judge